United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Alfred L. Tedesco
Theresa A. Tedesco
    Debtors

Case No. 10-13535-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 21, 2016
Form ID: 212     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.
db         +Alfred L. Tedesco,   401 3rd Ave.,   Newtown Square, PA 19073-4539
jdb        +Theresa A. Tedesco,   2511 Highland Avenue,   Broomall, PA 19008-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2016 at the address(es) listed below:
        ANDREW CHRISTIAN BRAMBLETT    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
         andybramblett@gmail.com
        ANDREW F GORNALL    on behalf of Creditor    Kondaur Capital Corporation agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ANN E. SWARTZ    on behalf of Creditor    Kondaur Capital Corporation ,   ecfmail@mwc-law.com
        KATHERINE   SCHREIBER    on behalf of Plaintiff Alfred L. Tedesco kathy_schreiber@yahoo.com
        KATHERINE   SCHREIBER    on behalf of Debtor Alfred L. Tedesco kathy_schreiber@yahoo.com
        KATHERINE   SCHREIBER    on behalf of Plaintiff Theresa A. Tedesco kathy_schreiber@yahoo.com
        KATHERINE   SCHREIBER    on behalf of Joint Debtor Theresa A. Tedesco kathy_schreiber@yahoo.com
        KEVIN H. BURAKS    on behalf of Creditor    Marple Township kburaks@portnoffonline.com
        KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as trustee for
         Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3
         amps@manleydeas.com
        LESLIE E. PUIDA    on behalf of Creditor    Kondaur Capital Corporation lpuidaesq@gmail.com
        PETER J. MULCAHY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
         paeb@fedphe.com
        PETER J. MULCAHY    on behalf of Creditor    America's Servicing Company paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Alfred L. Tedesco and Theresa A. Tedesco

Debtor(s)  Case No: 10–13535–mdc

___

*ORDER*

    AND NOW, 7/21/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

For The Court

Magdeline D. Coleman

Judge ,United States Bankruptcy Court