Certificate Number: 11760-PAE-DE-027843665

Bankruptcy Case Number: 10-13535



11760-PAE-DE-027843665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2016, at 11:04 o'clock PM PDT, Theresa Tedesco completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 1, 2016            By:   /s/Jennifer L Walter

                                  Name: Jennifer L Walter

                                  Title: Teacher