Certificate Number: 11760-PAE-DE-027846485

Bankruptcy Case Number: 10-13535



11760-PAE-DE-027846485

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 2, 2016, at 11:39 o'clock AM PDT, Alfred Tedesco completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 2, 2016            By:    /s/Jennifer L Walter

Name:  Jennifer L Walter

Title:   Teacher