United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Alfred L. Tedesco
Theresa A. Tedesco
    Debtors

Case No. 10-13535-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi                    Page 1 of 1                     Date Rcvd: Aug 05, 2016
                               Form ID: 195                   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db           +Alfred L. Tedesco,    401 3rd Ave.,   Newtown Square, PA 19073-4539
jdb          +Theresa A. Tedesco,    2511 Highland Avenue,    Broomall, PA 19008-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              ANDREW CHRISTIAN BRAMBLETT    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               andybramblett@gmail.com
              ANDREW F GORNALL    on behalf of Creditor    Kondaur Capital Corporation agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Kondaur Capital Corporation ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              KATHERINE   SCHREIBER    on behalf of Plaintiff Alfred L. Tedesco kathy_schreiber@yahoo.com
              KATHERINE   SCHREIBER    on behalf of Debtor Alfred L. Tedesco kathy_schreiber@yahoo.com
              KATHERINE   SCHREIBER    on behalf of Plaintiff Theresa A. Tedesco kathy_schreiber@yahoo.com
              KATHERINE   SCHREIBER    on behalf of Joint Debtor Theresa A. Tedesco kathy_schreiber@yahoo.com
              KEVIN H. BURAKS    on behalf of Creditor    Marple Township kburaks@portnoffonline.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as trustee for
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-BNC3
               amps@manleydeas.com
              LESLIE E. PUIDA    on behalf of Creditor    Kondaur Capital Corporation lpuidaesq@gmail.com
              PETER J. MULCAHY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Creditor    America's Servicing Company paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Alfred L. Tedesco and Theresa A. Tedesco  : Case No. 10–13535–mdc

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , August 5, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

110
Form 195